UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

IN RE:
RUSSELL, STEVEN L.

BANKRUPTCY NO.
17-04803-DSC-7

DEBTOR(S)

## REPORT OF INITIAL DEPOSIT

To the Honorable D. SIMS CRAWFORD, Bankruptcy Judge for the Southern Division:

This is to advise that I have made a deposit or investment in the above-styled case. The pertinent information is:

| | |
|---|---|
| INSTITUTION: | UNION BANK |
| DATE OF DEPOSIT: | 05/07/18 |
| ACCOUNT NUMBER: | 2132172269 |
| AMOUNT OF DEPOSIT: | $1,000.00 |
| NAME ON ACCOUNT: | Bankruptcy of Russell, Steven L., Andre' M. Toffel, Trustee |
| TYPE OF ACCOUNT: | Checking |
| SOURCE OF FUNDS: | Sale of personal property |

If this is a checking account, the "90 Day Notice" the Debtor's name, and the case number will be printed on the checks. I have notified the entity named above of its reporting requirements under regulations promulgated by the Administrative Office of U.S. Courts as described in Vol. V-C, Chap. IX, Part B, of the Guide to Judicial Policies and Procedures (reproduced as Appendix K to the Trustee's Manual. ) This deposit or investment is insured or guaranteed by the United States, or a department, agency or instrumentality of the United States, or backed by the full faith and credit of the United States, except for the following:

Respectfully submitted,

Date: 06/21/18

/s/ Andre' M. Toffel, , Trustee
Andre' M. Toffel

cc: Bankruptcy Administrator