IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Steven Russell, | ) | CASE NO: 17-04803-DSC |
| | ) | CHAPTER 7 |
| DEBTOR(S). | ) | |

### TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

I, Andre' M. Toffel, Trustee in the above named case, file this Report of Unclaimed Property pursuant to 11 U.S.C.§ 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure and submit funds to the Clerk of this Court in the amount of **$4,973.90** which represents the following:

| Creditor/Debtor and Last Known Address | Dividend or Unclaimed Funds |
|---|---|
| Steven Russell (Personal Prop Exemptions) 2042 Blue Herron Cir Birmingham, AL 35242 | $4,973.90 |

Respectfully submitted this the 20th day of July, 2020.

*/s/ Andre M. Toffel, as Trustee*
ANDRE' M. TOFFEL, TRUSTEE

OF COUNSEL:
ANDRE' M. TOFFEL, P.C.
450-A Century Park South
Suite #206-A
Birmingham, AL 35226
(205) 252-7115

cc: Bankruptcy Administrator's Office